# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID CISNEROS,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLSTATE INDEMNITY COMPANY and DOES 1 to 30, inclusive,<br><br>          Defendants. | Case No. 2:15-CV-02911-R (PLAx)<br><br>The Honorable Manuel L. Real<br><br>Courtroom: 8<br><br>**ORDER RE DISMISSAL**<br><br>[Action filed: January 20, 2015] |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on May 6, 2015, that Plaintiff's Complaint is DISMISSED with prejudice.

DATED: May 7, 2015

_____
Honorable Judge Manuel L. Real